**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
1-31-08
JAN 31 2008

Judge Blanche M. Manning
United Sta~      ~ourt

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | No. 73-CR-127 |
| VS. | ) | |
| | ) | Judge Manning |
| **PHILLIP GERALD WEST** | ) | |
| | ) | |

### NOTICE OF ~~MOTION~~ Emergency MOTION

To:   U.S. Attorney's Office
      219 S. Dearborn St., 5th Fl.
      Chicago, Illinois 60604

PLEASE TAKE NOTICE that on ~~February~~ January 31, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Manning of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois room: 2125 or before such other judge who may be sitting in his place and stead, and then and there present a <u>Petition of the Defendant to Expunge Arrest Photo and Fingerprints and Seal Court Records</u> in the above captioned case, at which time and place you may appear if you see fit.

Respectively submitted,

DZIEDZIAK & MARCUS PC.

BY:   s/James I. Marcus
      James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS PC.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600