# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 73 CR 127 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Phillip Gerald West | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's emergency motion to expunge arrest photo and fingerprints and seal court records is entered and continued to 2/7/2007 at 11:00 a.m.

Docketing to mail notices.

00:04

MAILED notice

| | Courtroom Deputy Initials: | rs |
|---|---|---|