Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 73 CR 127 | **DATE** | 2/19/2008 |
| **CASE TITLE** | USA vs. Phillip Gerald West | | |

**DOCKET ENTRY TEXT**

The status hearing scheduled for 2/21/2008 is stricken and by agreement of the parties reset to 3/27/2008 at 11:00a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|