FILED
2-22-08
FEB 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 2 2 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 73 CR 127 |
| v. ) | |
| ) | Judge Blanche M. Manning |
| PHILLIP GERALD WEST ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: /s/ Megan Cunniff Church
Megan Cunniff Church
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1173

## CERTIFICATE OF SERVICE

I, Megan Cunniff Church, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon counsel of record for the defendant at the following address:

> James I. Marcus
> Dziedziak & Marcus PC
> 100 West Monroe St., Suite 309
> Chicago, Illinois 60604

by placing said copy in the United States mail in a first-class, postage-paid envelope on February 22, 2008.

Megan Cunniff Church
Assistant United States Attorney