## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 73 CR 127 | **DATE** | 3/27/2008 |
| **CASE TITLE** | USA vs. Phillip West | | |

**DOCKET ENTRY TEXT**

Motion hearing held. On defendant's motion to expunge arrest photo and fingerprints and seal court records, reply to be filed by 4/28/2008. Ruling by mail, unless otherwise ordered by the court.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | rs |
|---|---|---|