## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case #: 73-CR-127 |
| PHILLIP GERALD WEST, ) | |
| ) | Judge Blanche M. Manning |
| Defendant ) | |

### CERTIFICATE OF SERVICE/FILING

I hereby certify that on April 22, 2008, I filed <u>PHILLIP GERALD WEST'S REPLY TO GOVERNMENT'S RESPONSE TO EMERGENCY PETITION TO EXPUNGE ARREST PHOTO AND FINGERPRINTS AND SEAL COURT RECORDS</u> with the Clerk of the Court and will send notification of such filing(s) to the following:

To:    U.S. Attorney's Office
       Megan Cunniff Church
       219 S. Dearborn St., 5th Fl.
       Chicago, Illinois 60604

and I hereby certify that on <u>April 22, 2008</u>, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None


                                          Respectfully submitted,
                                          DZIEDZIAK & MARCUS, P.C.


                                            By: ___s/James I. Marcus_____
                                                      James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601